UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. RICHARD ARJUN KAUL, *et al.*

                      Plaintiffs,

-v-

INTERCONTINENTAL EXCHANGE, *et al.*

                      Defendants.

21-CV-6992 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiffs' motion for a Rule 16 conference is denied.

    The Clerk of Court is directed to mail a copy of this order to the *pro se* plaintiffs in this matter.

    SO ORDERED.

Dated: September 15, 2021
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge