UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. RICHARD ARJUN KAUL, *et al.*,
                      Plaintiffs,

-v-

INTERCONTINENTAL EXCHANGE, *et al.*,
                      Defendants.

21-CV-6992 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    *Pro se* plaintiffs' requests for default at Docket Numbers 21, 23, and 27 are denied without prejudice because plaintiffs have not complied with the Clerk of Court's requirements for such requests or filed any proof of service for the amended complaint. The letter motions for extension of time to file answer or otherwise respond to the amended complaint at Docket Numbers 33 and 34 are granted. TD Bank shall respond to the amended complaint on or before November 1, 2021. GEICO Insurance Company and Max Gershenoff, Esq. shall respond to the amended complaint on or before November 11, 2021. The Clerk of Court shall mail a copy of this order to the *pro se* plaintiffs in this matter.

    SO ORDERED.

Dated: October 6, 2021
       New York, New York

                                                   J. PAUL OETKEN
                                               United States District Judge