UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. RICHARD ARJUN KAUL, *et al.*,
                       Plaintiffs,

-v-

INTERCONTINENTAL EXCHANGE, *et al.*,
                       Defendants.

21-CV-6992 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Intercontinental Exchange, Inc.'s request at Docket Number 39 for an extension of time to answer, move, or otherwise respond to the amended complaint is granted. Intercontinental Exchange, Inc. shall answer, move, or otherwise respond to the amended complaint on or before November 4, 2021. The Clerk of Court is directed to mail a copy of this order to the *pro se* plaintiffs in this matter.

    SO ORDERED.

Dated: October 6, 2021
       New York, New York

                                               J. PAUL OETKEN
                                            United States District Judge