

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

**WRITER'S DIRECT DIAL & EMAIL ADDRESS**
**(908) 252-4166**
egsponzilli@norris-law.com

February 14, 2022

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: Kaul/Basch v. Intercontinental Exchange, et al.
     Docket No. 21-cv-6992(JPO)

Dear Judge Oetken:

  This office represents defendant, Dr. Robert Heary, in the above matter.

  I was copied on plaintiff Kaul's letter to Your Honor dated February 11, 2022 filed February 14, 2022 (Doc 165). Plaintiff's letter encloses a so-called "statement" of a Mr. Capello. Although the "statement" has no direct impact on our client, Dr. Heary, we object to Mr. Kaul writing to Your Honor and submitting any communication which is not part of a motion. The so-called "statement" is hearsay and incompetent for any purpose and should be stricken from the record.

           Respectfully yours,

           Edward G. Sponzilli

EGS:ds



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM