**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
M.D. RICHARD ARJUN KAUL, et al.,

                Plaintiffs,

    -against-                                        21 **CIVIL** 6992 (JPO)

                                                              **JUDGMENT**

INTERCONTINENTAL EXCHANGE, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2022, Defendants' motions to dismiss the complaint are GRANTED. The complaint is hereby dismissed for pleading failures under Rule 8(a)(2); for lack of venue; and for failure to state a claim. Defendants' motions for an anti-filing injunction are also GRANTED as set forth in the Order.  Final judgment is entered in favor of Defendants and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 13, 2022

                                                                **RUBY J. KRAJICK**

                                                                   _____
                                                                       **Clerk of Court**

                                              **BY:**       *K. Mango*

                                                                        **Deputy Clerk**