UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. RICHARD ARJUN KAUL, *et al.*,
        Plaintiffs,

-v-

INTERCONTINENTAL EXCHANGE, *et al.*,
        Defendants.

21-CV-6992 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  On September 12, 2022, the Court issued an Opinion and Order granting Defendants' motion to dismiss, noting that Plaintiff Kaul "has a history of being a vexatious and harassing litigant." (ECF No. 168 at 16.) Kaul "harasses officials to manufacture litigation." (*Id.*) In particular, "[i]t appears that one of Mr. Kaul's tactics is to send a letter to someone alerting them to the alleged conspiracy (or asking them to disclaim involvement) and then, if the recipient does not respond, concluding that they are a participant in the conspiracy." (*Id.* (quoting *Kaul v. Bos. Partners, Inc.*, No. 21-CV-10326, 2021 WL 3272216, at *3 n.13 (D. Mass. July 30, 2021)).)

  Kaul, joined by co-Plaintiff David Basch, once again attempts to employ this tactic via a motion for judicial disqualification. (ECF No. 171.) Their arguments pursuant to 28 U.S.C. § 455 and 28 U.S.C. § 144 are unsupported, impermissibly speculative, and without merit.

  The motion is therefore DENIED.

  The Clerk of Court is directed to close the motion at ECF No. 171.

  SO ORDERED.

Dated: August 14, 2023
   New York, New York

                  _____
                    J. PAUL OETKEN
                   United States District Judge