UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.D. RICHARD ARJUN KAUL, *et al.*
                    Plaintiffs,

-v-

INTERCONTINENTAL EXCHANGE, *et al.*
                    Defendants.

---

21-CV-6992 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 12, 2022, this Court issued an order imposing a nationwide filing injunction against Plaintiff Richard Arjun Kaul, following his filing of multiple frivolous and vexatious lawsuits against numerous defendants in this Court and other courts. *See Kaul v. Intercontinental Exchange*, No. 21-CV-6992, 2022 WL 4133427, at *8-9 (S.D.N.Y. Sept. 12, 2022). Specifically, that order barred Kaul from "filing in any United States district court any action, motion, petition, complaint, or request for relief against any of the Defendants named in this litigation that relates to or arises from . . . the denial of his medical license . . . without first obtaining leave from this Court." *Id.* at *9. The order further provided that if Kaul violated the order by filing such materials without first obtaining leave of this Court, "any request will be denied for failure to comply with this Opinion and Order, and Plaintiff Kaul may be subject to sanctions . . . ." *Id*.

Kaul did not file an appeal from this Court's September 12, 2022 order.

The Court has learned that Kaul has filed suit in the United States District Court for the Eastern District of North Carolina alleging wrongdoing against several defendants in connection with the revocation of his medical license. *Kaul v. Center for Professional Education for Physicians, et al.*, No. 5:23-CV-672 (E.D.N.C.) ("the EDNC action"). That lawsuit names

1

certain individuals who were also defendants in this action, including Christopher Christie and Dr. Robert Heary.  Kaul did not obtain permission from this Court prior to filing the EDNC action.  He is therefore in violation of this Court's filing injunction.

Accordingly, Kaul is hereby DENIED permission to file or pursue the EDNC action as to defendants Christie, Heary, and any other defendants who were named in this action.  Kaul is further ORDERED to withdraw the EDNC action as to those defendants within 14 days of the date of this order.  If he fails to do so, he may be subject to monetary sanctions and contempt.

SO ORDERED.

Dated: March 15, 2024
      New York, New York

_____
J. PAUL OETKEN
United States District Judge

The Clerk of Court is directed to mail a copy of this order to:

    Richard Arjun Kaul
    24 Washington Valley Road
    Morristown, NJ 07960