UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――――
M.D. RICHARD ARJUN KAUL, *et al.*
                              Plaintiffs,

-v-                                                   21-CV-6992 (JPO)

INTERCONTINENTAL EXCHANGE, *et al.*                    ORDER
                              Defendants.
―――――――――――――――――――――――――――――――――

J. PAUL OETKEN, District Judge:

On September 12, 2022, this Court issued an order imposing a nationwide filing injunction against Plaintiff Richard Arjun Kaul, following his filing of multiple frivolous and vexatious lawsuits against numerous defendants in this Court and other courts. *See Kaul v. Intercontinental Exchange*, No. 21-CV-6992, 2022 WL 4133427, at *8-9 (S.D.N.Y. Sept. 12, 2022). Specifically, that order barred Kaul from "filing in any United States district court any action, motion, petition, complaint, or request for relief against any of the Defendants named in this litigation that relates to or arises from . . . the denial of his medical license . . . without first obtaining leave from this Court." *Id*. at *9. The order further provided that if Kaul violated the order by filing such materials without first obtaining leave of this Court, "any request will be denied for failure to comply with this Opinion and Order, and Plaintiff Kaul may be subject to sanctions . . . ." *Id*.

Kaul did not file an appeal from this Court's September 12, 2022 order.

The Court has learned that Kaul has filed suit in the United States District Court for the Southern District of Texas alleging wrongdoing against several defendants in connection with the revocation of his medical license. *Kaul v. Federation State Medical Boards, et al.*, No. 4:24-cv-3180 (S.D. Tex.) ("the Texas action"). That lawsuit names certain entities that were also

1

defendants in this action, including the Federation of State Medical Boards and Allstate Insurance Company. Kaul did not obtain permission from this Court prior to filing the Texas action. He is therefore in violation of this Court's filing injunction.

Accordingly, Kaul is hereby DENIED permission to file or pursue the Texas action as to defendants Federation of State Medical Boards, Allstate Insurance Company, and any other defendants who were named in this action. Kaul is further ORDERED to withdraw the Texas action as to those defendants within 14 days of the date of this order. If he fails to do so, he may be subject to monetary sanctions and contempt.

SO ORDERED.

Dated: October 2, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge

The Clerk of Court is directed to mail a copy of this order to:

Richard Arjun Kaul
24 Washington Valley Road
Morristown, NJ 07960