

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

**WRITER'S DIRECT DIAL & EMAIL ADDRESS**
**(908) 252-4166**
egsponzilli@norris-law.com

August 21, 2025

**<u>Via ECF</u>**
The Hon. J. Paul Oetken, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  Richard Arjun Kaul, M.D. v. Center for Personalized Education for Physicians, et al.
> <u>Civil Action No.: 1:21-cv-06992-JPO</u>

Dear Judge Oetken:

      This firm represents Defendant Robert Heary ("Dr. Heary") in the above-referenced matter. Please accept this correspondence as a joint letter on behalf of Defendants Dr. Heary, Allstate Insurance Company, Federation State Medical Boards, Christopher J. Christie and Daniel Stolz (collectively "Defendants").

      As Your Honor will recall, Your Honor ordered on the return date of an Order to Show Cause on June 17, 2025, that Plaintiff Richard A. Kaul ("Plaintiff") be held in contempt for repeated violations of this Court's September 12, 2022, anti-filing injunction (the "Anti-Filing Injunction"). Your Honor stated the Court would enter an Order awarding Defendants attorneys' fees and costs for all matters filed by Plaintiff in violation of the Anti-Filing Injunction and that Defendants would be given sixty (60) days from the date of the Order to submit certifications detailing Defendants' attorneys' fees and costs. The Court further provided that Plaintiff would be given a final opportunity to avoid arrest and detention by withdrawing all cases filed in violation of the Anti-Filing Injunction. Enclosed is a copy of the transcript from the June 17, 2025, proceeding.

      We write to respectfully request an update on the status of the above-mentioned Order. As Your Honor may be aware, Plaintiff has filed another lawsuit against Your Honor and the attorneys representing the Defendants in this matter. <u>See</u>, <u>Kaul v. Oetken, et al.</u>, Civil Action No. 1:25-cv-06495.



**Norris McLaughlin, P.A.**
The Hon. J. Paul Oetken, U.S.D.J.
August 20, 2025
Page 2

    In the alternative, and if the Court would prefer, Defendants will prepare and submit a proposed form of order for the Court's consideration.

    We thank the Court for its kind courtesies.

                                                        **Respectfully submitted,**

                                                **NORRIS McLAUGHLIN, P.A.**
*Attorneys for Defendant, Robert Heary*
By: *s/Edward Sponzilli*
Edward Sponzilli, Esq.
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807
Telephone: (908)-252-4166
Facsimile: (908)-722-0755
Email: egsponzilli@norris-law.com

**BALLARD SPAHR LLP**
*Attorneys for Defendant, Federation of State Medical Board*
By: *s/Patrick Compton*
Patrick G. Compton, Esq.
1909 K Street, NW, 12th Floor
Washington DC, 20006-1157
Telephone: (303)-454-0521
Facsimile: (202)-661-2299
Email: comptonp@ballardspahr.com

**McELROY DEUTSCH MULVANEY & CARPENTER LLP**
*Attorneys for Defendant, Christopher J. Christie*
By: *s/Paul Dwyer*
Paul E. Dwyer, Esq.
Metro East Office Park
117 Metro Center Blvd., Suite 1004
Warwick, RI 02886
Telephone: (401)-298-9010
Facsimile: (401)-921-2134
Email: pdwyer@mdmc-law.com

**Norris McLaughlin, P.A.**
The Hon. J. Paul Oetken, U.S.D.J.
August 20, 2025
Page 3

        **SAIBER, LLC**
        *Attorneys for Defendant, Allstate Insurance Company*
        By: <u>*s/David D'Aloia*</u>
        David J. D'Aloia, Esq.
        18 Columbia Turnpike, Suite 2002
        Florham Park, NJ 07932
        Telephone: (973)-645-4805
        Facsimile: (973)-622-3349
        Email: ddaloia@saiber.com

        **PRO SE DEFENDANT**
        By: <u>*s/Daniel Stolz*</u>
        Daniel M. Stolz, Esq., *pro se*
        110 Allen Road, Suite 304
        Basking Ridge, NJ 07920
        Telephone: (973)-645-4805
        Facsimile: (973)-622-3349
        Email: dstolz@wjslaw.com

Encl.
EGS/rjb
cc:    Richard A. Kaul, pro se (via Certified Mail & e-mail: drrichardkaul@gmail.com)

**Norris McLaughlin, P.A.**
The Hon. J. Paul Oetken, U.S.D.J.
August 20, 2025
Page 4