UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.D. RICHARD ARJUN KAUL, *et al.*,

                Plaintiffs,

-v-

INTERCONTINENTAL EXCHANGE, *et al.*,

                Defendants.

21-CV-6992 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff Richard Arjun Kaul has applied at Docket Number 204 to proceed in forma pauperis ("IFP"), which this Court assumes is for the purposes of appeal. Because this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's order at Docket Number 202 would not be taken in good faith, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated: September 22, 2025
       New York, New York

                                              _____
                                                   J. PAUL OETKEN
                                                  United States District Judge