UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.D. RICHARD ARJUN KAUL, *et al.*,

                Plaintiffs,

-v-

INTERCONTINENTAL EXCHANGE, *et al.*,

                Defendants.

21-CV-6992 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On September 12, 2025, this Court ordered Plaintiff Richard Arjun Kaul to pay "the reasonable attorney's fees and costs incurred by Defendants," and directed Defendants to "file certifications detailing such fees and costs within 60 days after the date of this opinion and order." (ECF No. 202 at 15.) On November 10 and 11, 2025, Defendants Christopher J. Christie, the Federation of State Medical Boards of the United States, and Allstate Insurance Company filed motions for attorney's fees and costs that contained the requested certifications. (ECF Nos. 209-14.)

If Kaul seeks to respond to these motions for attorney's fees and costs, he shall do so by November 26, 2025.

SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge